**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Roxanne M. Carpenter,<br><br>    Defendant. | No. CR 17-602-TUC-CKJ<br><br>**ORDER** |

Pending before the Court is the Request for Clarification Regarding Restitution (Doc. 256) filed by Roxanne M. Carpenter ("Carpenter"). The government has not filed a response.

She was ordered to pay restitution in the amount of $685.00, which was to be paid jointly and severally with co-defendants in this case." Carpenter interprets this Order as requiring her to be responsible for $171.25 and seeks clarification of the Court's Order to confirm this interpretation.

The applicable statute states:

> If the court finds that more than 1 defendant has contributed to the loss of a victim, the court may make each defendant liable for payment of the full amount of restitution or may apportion liability among the defendants to reflect the level of contribution to the victim's loss and economic circumstances of each defendant.

18 U.S.C.A. § 3664(h). Where a court makes "each defendant liable for payment of the full amount of restitution[,]" it is commonly referred to as joint and several liability. In other words, it was within the Court authority under 18 U.S.C. § 3664(h) to order restitution be paid jointly and severally. As another district court has stated:

> When two or more persons are joint and severally liable to an injured person, such as [Carpenter], the injured person may "recover the full amount of the recoverable damages from any jointly and severally liable person." Restatement (Third) of Torts:

Apportionment Liab. § 10 (2000) (emphasis added). Accordingly, because [Carpenter] is jointly and severally liable, [Carpenter] is liable for the entire [amount] of restitution owed to [the victim] despite the fact that there are other liable parties. Once the full amount of restitution is paid to [the victim], the liable parties may then seek reimbursement from one another to correctly apportion the payment amounts between themselves.

*United States v. Webb*, No. CR-10-01071-001-PHX, 2014 WL 4371276, at *2–3 (D. Ariz. Sept. 4, 2014).

The Court, therefore, clarifies that Carpenter is liable for the entire $685.00 of restitution despite the fact her co-defendants are also liable for the entire amount of restitution.

Accordingly, IT IS ORDERED the Request for Clarification Regarding Restitution (Doc. 256) is GRANTED to the extent the Court has clarified the restitution order herein.

IT IS FURTHER ORDERED the Clerk of Court shall mail a copy of this Order to Carpenter at the following address:

>Roxanne Marie Carpenter #37017-308
>FCI Alliceville
>P.O. Box. 4000
>Aliceville, AL 35442

DATED this 25th day of March, 2020.

_____
Cindy K. Jorgenson
United States District Judge